■ In the Matter of SHAWN R., a Person Alleged to be a Juvenile Delinquent, Appellant. [889 NYS2d 177]—Order of disposition, Family Court, Bronx County (Monica Drinane, J.), entered on or about September 10, 2008, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he had committed acts which, if committed by an adult, would constitute the crime of robbery in the second degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court's fact-finding determination was based on legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility and identification. The victim's testimony clearly established that appellant was not merely present at the scene of the robbery, but that he participated by pulling the victim to the ground, taking his property, and passing it to an accomplice. Concur—Friedman, J.P., McGuire, Renwick, Richter and Manzanet-Daniels, JJ.

■ ELIZABETH MORAZZANI, Appellant, v MTA NEW YORK CITY TRANSIT, Respondent. [892 NYS2d 6]—Order, Supreme Court, New York County (Donna M. Mills, J.), entered October 15, 2008, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

The record demonstrates that it was raining when plaintiff boarded the bus and still raining when she slipped while attempting to exit the bus. Plaintiff claims she slipped on a puddle of water on the floor of the bus. Defendant is not obligated to provide a constant remedy for the tracking of water onto a bus during an ongoing storm (Duncan v New York City Tr. Auth., 260 AD2d 213 [1999]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Friedman, J.P., McGuire, Renwick, Richter and Manzanet-Daniels, JJ.